AUGUST 25, 1989

No. 88-1000. NEW YORK *v.* HARRIS. Ct. App. N. Y. [Certiorari granted, 490 U. S. 1018.] Barrington D. Parker, Jr.,

Esq., of New York, N. Y., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.